IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF PUERTO RICO

| | | |
|---|---|---|
| IN RE | * | BKRTCY. NO. 14-00127 BKT |
| CAMPO BELLO FARM, INC. | * | CHAPTER 7 |
| DEBTOR | * | |

**DEBTOR'S MOTION CONCERNING AMENDMENT TO SCHEDULES "E" & "F"**

**TO THE HONORABLE COURT:**

**COMES NOW, CAMPO BELLO FARM, INC.,** the debtor in the above captioned case, through the undersigned attorney, and very respectfully states and prays as follows:

1. The debtor is hereby submitting *Amended Schedules "E" & "F"*, dated April 24, 2014, herewith and attached to this motion.

2. The amendment to Schedule "E" is filed to **include priority unsecured creditors INTERNAL REVENUE SERVICE, Box 21126 Philadelphia PA 19114-0326, balance $313.37 and DEPARTAMENTO DEL TRABAJO NEGOCIADO SEGURIDAD DE EMPLEO, PO Box 191020 San Juan PR 00919-1020, balance $289.00;** the amendment to Schedule "F" is filed to **include unsecured creditors JORGE L MALAVE, PO Box 372934 CAYEY PR 00737-2934, balance $93.05 and $150.00 and MARIA E MALAVE VICENTE, Urb Villa Andalucia 1 Aora Street San Juan PR 00926, balance $1,000.**

**NOTICE PURSUANT TO LOCAL BANKRUPTCY RULE 1009(b)**

**Within fourteen (14) days after service as evidenced by the certification, and an additional three (3) days pursuant to Fed. R. Bank. P. 9006(f) if you were served by mail, any party against whom this paper has been served, or any other party to the action who objects to the relief sought herein, shall serve and file an objection or other appropriate response to this paper with the Clerk's office of the U.S. Bankruptcy Court for the District of Puerto Rico. If no objection or other response is filed within the time allowed herein, the paper will be deemed unopposed and may be granted unless: (i) the requested relief is forbidden by law; (ii) the requested relief**

is against public policy; or (iii) in the opinion of the Court, the interest of justice requires otherwise.

## CERTIFICATE OF SERVICE

I CERTIFY, that on this same date a copy of this Notice was filed with the Clerk of the Court using the CM/ECF system which will send notice of same to the Chapter 7 Trustee, the US Trustee's Office, and all CM/ECF participants; I also certify that a copy of this notice was sent via regular US mail to the debtor and to all creditors and interested parties appearing in the master address list, hereby attached, specifically to the affected creditors as follows: **INTERNAL REVENUE SERVICE, Box 21126 Philadelphia PA 19114-0326; DEPARTAMENTO DEL TRABAJO NEGOCIADO SEGURIDAD DE EMPLEO, PO Box 191020 San Juan PR 00919-1020; JORGE L MALAVE, PO Box 372934 CAYEY PR 00737-2934, MARIA E MALAVE VICENTE, Urb Villa Andalucia 1 Aora Street San Juan PR 00926.**

**RESPECTFULLY SUBMITTED.** In San Juan, Puerto Rico, this 24th day of April, 2014.

/s/Roberto Figueroa Carrasquillo
ROBERTO FIGUEROA CARRASQUILLO
USDC #203614
ATTORNEY FOR DEBTOR
PO BOX 186 CAGUAS PR 00726
TEL NO 787-744-7699 FAX 787-746-5294
Email: rfigueroa@rfclawpr.com

IN RE CAMPO BELLO FARM INC     Case No. 3:14-bk-127

Debtor(s)     (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

### Taxes and Other Certain Debts Owed to Governmental Units
(Type of Priority for Claims Listed on This Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE AND ACCOUNT NUMBER. (See Instructions above.) | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT ENTITLED TO PRIORITY | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 1712 <br> DEPARTAMENTO DEL TRABAJO NEGOCIADO SEGURIDAD DE EMPLEO PO BOX 191020 SAN JUAN, PR 00919-1020 | | | | | | | 289.00 | 289.00 | |
| ACCOUNT NO. 1712 <br> INTERNAL REVENUE SERVICE BOX 21126 PHILADELPHIA, PA 19114-0326 | | | | | | | 313.17 | 313.17 | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |
| ACCOUNT NO. | | | | | | | | | |

Sheet no. 1 of 2 continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal (Totals of this page) | $ 602.17 | $ 602.17 | $ |
| Total (Use only on last page of the completed Schedule E. Report also on the Summary of Schedules.) | $ 602.17 | | |
| Total (Use only on last page of the completed Schedule E. If applicable, report also on the Statistical Summary of Certain Liabilities and Related Data.) | | $ 602.17 | $ |

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6F (Official Form 6F) (12/07)

IN RE CAMPO BELLO FARM INC _____     Case No. 3:14-bk-127 _____
                    Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured nonpriority claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. <br> **Abogado Notario** <br> **Estudio Titulo** | | | | | | | 50.00 |
| ACCOUNT NO. **1712** <br> **FONDO DE INNOVACION PARA EL DESARROLLO AGRICOLA DE PUERTO RICO** <br> **PO BOX 9745** <br> **SAN JUAN, PR 00908-0745** | | | LOAN | | | | 99,986.30 |
| ACCOUNT NO. <br> **PROGRAMA LLAVE PARA TU NEGOCIO** <br> **DEPTO DE AGRICULTURA "FIDA** <br> **PO Box 9745** <br> **San Juan, PR 00908-0745** | | | Assignee or other notification for: <br> FONDO DE INNOVACION PARA EL DESARROLLO | | | | |
| ACCOUNT NO. **2014** <br> **FONDO DEL SEGURO DEL ESTADO** <br> **PO BOX 9212** <br> **HUMACAO, PR 00792-9212** | | | | | | | 692.00 |

Subtotal
(Total of this page) $ 100,728.30

___1___ continuation sheets attached

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CAMPO BELLO FARM INC _____  Case No. 3:14-bk-127 _____
                        Debtor(s)                                              (If known)

## AMENDED SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER. *(See Instructions Above.)* | CODEBTOR | HUSBAND, WIFE, JOINT, OR COMMUNITY | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| ACCOUNT NO. 2745<br><br>JORGE L MALAVE<br>PO BOX 372934<br>CAYEY, PR 00737-2934 | | | Commercial Bank account penalty paid by Mr. Malave | | | | 93.05 |
| ACCOUNT NO.<br><br>JORGE L MALAVE<br>PO BOX 372934<br>CAYEY, PR 00737-2934 | | | 2013 Annual Report Campo Bello Farm, Inc. | | | | 150.00 |
| ACCOUNT NO. 1712<br><br>MARIA E MALAVE VICENTE<br>URB VILLA ANDALUCIA CALLE AORA #1<br>SAN JUAN, PR 00926 | | | 2011 Loan made to Debtor to cover business payroll | | | | 1,000.00 |
| ACCOUNT NO. 1712<br><br>U.S. DEPARTMENT OF AGRICULTURE<br>30 PADIAL ST GATSBY PLAZA SUITE 310<br>CAGUAS, PR 00725 | | | GUARANTEED WITH SECOND (2nd) MORTGAGE ON JORGE L MALAVE's RESIDNETIAL REAL PROPERTY | | | | 102,000.00 |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |
| ACCOUNT NO. | | | | | | | |

Sheet no. __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page) $ 103,243.05

Total
(Use only on last page of the completed Schedule F. Report also on the Summary of Schedules, and if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) $ 203,971.35

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

IN RE CAMPO BELLO FARM INC                                        Case No. 3:14-bk-127
_____                                _____
              Debtor(s)                                                   (If known)

## AMENDED SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts **not** entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

TYPES OF PRIORITY CLAIMS (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic Support Obligations**
Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**
Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**
Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**
Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**
Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**
Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

☑ **Taxes and Certain Other Debts Owed to Governmental Units**
Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to Maintain the Capital of an Insured Depository Institution**
Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for Death or Personal Injury While Debtor Was Intoxicated**
Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

* Amounts are subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

_____ 2 continuation sheets attached

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

B6 Declaration (Official Form 6 - Declaration) (12/07)

IN RE CAMPO BELLO FARM INC        Case No. 3:14-bk-127
            Debtor(s)                                                    (If known)

## AMENDED DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of _____ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date: _____    Signature: _____
                                                                    Debtor

Date: _____    Signature: _____
                                                                (Joint Debtor, if any)

[If joint case, both spouses must sign.]

### DECLARATION AND SIGNATURE OF NON-ATTORNEY BANKRUPTCY PETITION PREPARER (See 11 U.S.C. § 110)

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342 (b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required by that section.

_____      _____
Printed or Typed Name and Title, if any, of Bankruptcy Petition Preparer      Social Security No. (Required by 11 U.S.C. § 110.)

*If the bankruptcy petition preparer is not an individual, state the name, title (if any), address, and social security number of the officer, principal, responsible person, or partner who signs the document.*

_____

_____
Address

_____      _____
Signature of Bankruptcy Petition Preparer      Date

Names and Social Security numbers of all other individuals who prepared or assisted in preparing this document, unless the bankruptcy petition preparer is not an individual:

*If more than one person prepared this document, attach additional signed sheets conforming to the appropriate Official Form for each person.*

*A bankruptcy petition preparer's failure to comply with the provision of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. § 110; 18 U.S.C. § 156.*

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the **PRESIDENT** _____ (the president or other officer or an authorized agent of the corporation or a member or an authorized agent of the partnership) of the **CAMPO BELLO FARM INC** _____ (corporation or partnership) named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __*7*__ sheets (*total shown on summary page plus 1*), and that they are true and correct to the best of my knowledge, information, and belief. *Sch . B, E ¿ F*

Date: **April 24, 2014** _____    Signature: *Jorge Luis Malave* _____

JORGE LUIS MALAVE VICENTE
                                                       (Print or type name of individual signing on behalf of debtor)

*[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]*

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

© 1993-2013 EZ-Filing, Inc. [1-800-998-2424] - Forms Software Only

Label Matrix for local noticing
0104-3
Case 14-00127-BKT7
District of Puerto Rico
Old San Juan
Thu Apr 24 12:32:39 AST 2014

CAMPO BELLO FARM INC
PO BOX 372934
CAYEY, PR 00737-2934

USDA - Farm Service Agency
c/o Fortuno & Fortuno Fas
PO Box 9300
San Juan, PR 00908-0300

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AUTORIDAD DE TIERRAS DE PR
PO BOX 9745
SAN JUAN, PR 00908-0745

FONDO DE INNOVACION PARA EL DESARROLLO
AGRICOLA DE PUERTO RICO
PO BOX 9745
SAN JUAN, PR 00908-0745

FONDO DEL SEGURO DEL ESTADO
PO BOX 9212
HUMACAO, PR 00792-9212

PROGRAMA LLAVE PARA TU NEGOCIO
DEPTO DE AGRICULTURA 'FIDA
PO Box 9745
San Juan, PR 00908-0745

U.S. DEPARTMENT OF AGRICULTURE
30 PADIAL ST GATSBY PLAZA SUITE 310
CAGUAS, PR 00725

US DEPARTMENT OF AGRICULTURE
30 PADIAL ST GATSBY PLAZA SUITE 310
CAGUAS, PR 00725

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET SUITE 301
SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1314

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

MARIA E MALAVE VICENTE
URB VILLA ANDALUCIA CALLE AORA #1
SAN JUAN, PR 00926

JORGE L MALAVE
PO BOX 372934
CAYEY, PR 00737-2934

DEPARTAMENTO DEL TRABAJO
NEGOCIADO SEGURIDAD DE EMPLEO
PO BOX 191020
SAN JUAN, PR 00919-1020

INTERNAL REVENUE SERVICE
BOX 21126
PHILADELPHIA, PA 19114-0326

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(d) PROGRAMA LLAVE PARA TU NEGOCIO
DEPTO DE AGRICULTURA 'FIDA
PO Box 9745
San Juan, PR 00908-0745

End of Label Matrix
Mailable recipients    12
Bypassed recipients     1
Total                  13