# IN THE UNITED STATES BANKRUPTCY COURT FOR
## THE DISTRICT OF PUERTO RICO

IN RE:                                                   CASE NO. 14-00127-BKT

CAMPO BELLO FARM INC                       CHAPTER 7


Debtor.

_____/

## NOTICE OF INTENT TO SELL PROPERTY
## AT PUBLIC SALE

NOREEN WISCOVITCH RENTAS, CHAPTER 7 TRUSTEE, and Centro Casas Subastas who will act as public auctioneer on this sale represents that they will sell at public sale property of Debtor's Estate as follows:

**Lot 1: FARMING EQUIPMENT.** A list provided by Debtor is attached as **Exhibit "A"** and a list provided by the Auctioneer is attached as **Exhibit "B"**

Pictures taken by the Trustee are attached as **Exhibit "C"**.

The value of the Inventory per Debtor is $200,000.00.

**A public auction date has been scheduled for Friday, October 17, 2014, at 10:00 am, at the following address:**

**MARIANA WARD, ROAD 973 Km 2.8, NAGUABO, PR**

Interested parties must contact Centro Casas Subastas at (787)-287-0100 for Inspection date and time.

**TERMS AND CONDITIONS:**

1. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in money order or certified check, on adjudication at the auction.

2. At the Department of State there is a recorded UCC-1 in favor of Banco de Desarrollo Economico. Banco de Desarrollo sold its loan to Fondo de Innovación para el Desarrollo Agrícola de Puerto Rico (FIDA). Fondo de

Innovación para el Desarrollo Agrícola de Puerto Rico (FIDA) has agreed to receive fifty percent (50%) of the proceeds of the sale and the other fifty percent (50%) will remain part of the Estate.

3. A public auction is to be conducted for the sale of these assets on the time and date detailed herein. Full payment of the sale price shall be required from the bidder to whom the sale is adjudicated payable in cash or check, on adjudication at the auction. In addition a 10% Buyer's premium will be charged and paid directly to Centro Casas Subastas.

4. The minimum amount to be considered as a bonafide offer for the **Farming Equipment,** comprised in this sale for will be decided at the auction. Increments will be in the 100.00.

5. Unless a party in interest files a written objection, with a copy thereof served to the trustee within **TWENTY ONE(21) DAYS** from the date of this Notice, the trustee will complete the sale contemplated herein and adjudicate the sale to the best offer or upon the terms herein set forth.

6. At the public auction, the sale will be adjudicated to the highest bidder, except when the trustee, at her sole discretion, reject any bids that does not comply with this notice or does not represent a fair price for the property to be sold.

7. All sales are made "as is" and "where is" without warranty of any kind. All risk of loss shall pass to the buyer upon adjudication of the sale by the trustee. The inventory shall be transferred on an **"AS IS" "WHERE IS"** and **"WITH ALL FAULTS"** basis. **THE TRUSTEE EXPRESSLY DISCLAIMS ALL EXPRESS AND IMPLIED WARRANTIES OF MERCHANTABILITY AND FITNESS FOR A PARTICULAR PURPOSE.**

8. Sales adjudicated at the auction are final and shall constitute an enforceable contract between the trustee and the buyer(s).

9. The property subject of this sale may be inspected by potential buyers and other parties in interest upon appointment with the undersigned Trustee.

10. The Trustee reserves the right to increase the minimum bid, change the terms of the sale, remove add items to the sale; cancel the sale at her discretion. The Trustee may sell the property individually or in lots as described in the notice.

11. The buyer in the sale will have 5 days to remove the equipment from Debtor's premises and will return the same in clean condition. Any damage to the premises will have to be repaired by the buyer prior to leaving the premises.

NOTICE IS HEREBY GIVEN that any purported creditor with a valid and enforceable lien over the assets of this estate detailed herein shall inform the trustee or object to this sale within the next **TWENTY ONE (21) DAYS** from the Date of this Notice, in order have its claim considered within the sale of these assets.

NOTICE IS HEREBY GIVEN unless a party in interest files a written objection, with a copy thereof served to the trustee, within **TWENTY ONE(21) DAYS** from the Date of this Notice, the trustee will conduct the sale contemplated herein and will adjudicate the sale(s) upon the terms herein set forth. Should a timely objection be filed, a hearing on such objection will be scheduled by the Court.

**I HEREBY CERTIFY THAT** copy of this notice has been served by ECF Electronic Mail to: Debtor's attorney, Roberto Figueroa Carrasquillo, PO Box 193677, San Juan, PR 00919-3677, and United States Trustee's Office, Ochoa Building, 500 Tanca Street, Suite 301, Old San Juan, Puerto Rico.

**I further certify that:** Copy of this notice has been served by First Class Mail to all creditors and other parties in interest, as detailed in the enclosed Master Address List.

**I further certify that** copy of this Notice will be posted on the bulletin board at the Bankruptcy Court after it is filed with the Clerk's Office.

In San Juan, Puerto Rico, this 22nd day of September, 2014.

*/s/ Noreen Wiscovitch Rentas*
NOREEN WISCOVITCH RENTAS
CHAPTER 7 TRUSTEE
PMB 136
400 Kalaf Street
San Juan, Puerto Rico 00918
Tel. (787) 946-0132
Fax (787) 946-0133
noreen@nwr-law.com

**CAMPO BELLO FARM**
**NAGUABO, PR**

**INVENTARIO A DICIEMBRE 2013**

| CANTIDAD | MATERIALES | EQUIPOS | HERAMIENTAS |
|---|---|---|---|
| 1 | | | CUCHILLO DESMANAL |
| 3 | | | CUCHILLOS DESHOJAR |
| 2 | | | CUCHILLAS CURVAS |
| 3 | | | PALAS DE DESHIJAR GUINEOS |
| 1 | | | PICOS |
| 2 | | | PALAS DE CORTE |
| 2 | | | PALAS DE BOTE |
| 1 | | | PALA DE BOTE, CORTE |
| 2 | | | AZADAS |
| 1 | | | AZADON |
| 1 | | | RASTRILLOS DE HOJAS |
| 1 | | | RASTRILLO DE PIEDRAS |
| 1 | | | COA EN ACERO |
| 1 | | | PRENSA SARGENTO |
| 1 | | | SET CABLES JUMPER |
| 1 | | | SET COPAS CRAFTSMAN 3/8" |
| 1 | | | SET DESTORNILLADOR 5 PCS |
| 1 | | | SET LLAVES FIJAS 18 PCS |
| 1 | | | SET BARENAS 20 PCS |
| 1 | | | EXTENCION 50' 110 VOLT |
| 1 | | | CAMILLA DE MECANICO |
| 1 | | | GATO MECANICO 2 TONELADAS |
| 2 | | | TORES DE MECANICO 2 TON. |

# EXHIBIT "A"

| | | | |
|---|---|---|---|
| 1 | | ESCRITORIO DE COMPUTADORA | |
| 1 | | ESCALERA  FIVERGLAS 6' | |
| 1 | | CAJA DE HERRAMIENTAS CRAFTSMAN 5 GAVETAS | |
| 1 | | GRINDER, CRAFTSMAN | |
| 1 | | SET CLAVADORA GRAPADORA, CRAFTSMAN | |
| 1 | | TALADRO INALAMBRICO CRAFTSMAN , 19.2 VT | |
| 1 | | SHARPENER, CRAFTSMAN | |
| 1 | | SIERRA DE CADENA 18" CRAFTSMAN | |
| 1 | | JUNP-START SYSTEM VENTOR | |
| 1 | | BATERY CHARGER SCHUMACKER | |
| 1 | | TANQUE 25 GALS  SCORPION | |
| 1 | | TANQUE 25 GALS CHEMICAL CONTAINER | |
| 1 | | TANQUE 25 GALS W/ RETURN, SCORPION | |
| 1 | | VAGONES, CRAFTSMAN | |
| 1 | | VAGON, RUBBERMAID | |
| 2 | | TRACTORES 12 HP CRAFTSMAN | |
| 1 | | TRACTOR 13.5 HP CRAFTSMAN | |
| 1 | | RADIO EMERSON | |
| 2 | | ARCHIVO 2 GAVETAS | |
| 1 | | RACK METAL PARA TORNILLO | |
| 1 | | AIR TANK 5 GAL | |
| 1 | | CAJA HERRAMIENTAS PLAST | |
| 2 | | BOMBAS SOLO 3 GALS | |
| 1 | | BOMBA MOTOR BLOW 5 GAL | |
| 1 | | PLANTA ELECT 5 HP | |

# EXHIBIT "A"

| | | |
|---|---|---|
| | BRIGGS & STRATON | |
| 1 | CARRITO GOLF E-Z-GO | |
| 1 | NEVERA | |
| 1 | AIRE ACOND, WHIRLPOOL | |
| 1 | CAPOTA DE CARRO GOLF | |
| 1 | TALADORA DIESEL | |
| | JACOBSEN | |
| 1 | FREGADERO DOBLE, | |
| 1 | SILLAS EJECUTIVAS | |
| 2 | SILLAS PLASTICAS | |
| 2 | SILLAS DE CONFERENCIA | |
| 1 | STOOL METAL | |
| 3 | VAGONES 40' | |
| 1 | VAGON 45' | |
| 1 | CARPA 20' X 20' | |
| 1 | CARPA 20' X 10' | |
| 1 | CAN PARA AGUA 5 GAL | |
| 7 | DRONES PLASTICOS | |
| 4 | VIVEROS 150' X 20' VEGETALES | |
| 4 | SISTEME DE RIEGO AEREO | |
| 4 | SISTEMA DE RIEGO POR GOTEO | |
| 4 | VIVEROS 150' X 18' PASCUAS | |
| 360 | MESAS 4' X 8' CON SUS PATAS | |
| 2 | TANQUES PARA ALMACENAR | |
| | AGUA EN CEMENTO 23,500 GAL.EA. | |
| 1 | MAQUINA PARA MESCLAR | |
| | TIERRA DE 1 YARDAS CU. | |
| 2 | CARRETONES DE ARASTRE 4'X8' | |
| 2 | CARRETILLAS DE CARGA 2'X4' | |
| 10 | TABLILLEROS METAL 4'X2'X5' | |
| 2 | TABLILLEROS METAL 18"X40"X5' | |
| 1 | SISTEMA ELECTRICO COMPLETO | |
| 1 | PULL OUT ELECTRICO | |

# EXHIBIT "A"

| | | | |
|---|---|---|---|
| 70 | SACOS VERDES, VEGETALES | | |
| 1/6 LBS | TERRACHLOR 75WP, FUNGICIDA | | |
| 29/ 100 LBS | ABONO 10-5-20, GRANULADO | | |
| 150 | CAJAS CARTON, PLATANOS | | |
| 4/ 5 LBS | KARMEX , HERBICIDA | | |
| 2/ 10 LBS | EVICK , HERBICIDA | | |
| 5/1 GAL. | ACEITE 80-20 | | |
| 4/ 2.5 GAL | TORDON 101, HERBICIDA | | |
| 1 GAL | GUNSLINGER, HERBICIDA | | |
| 1 GAL. | OROCIT, ADITIVO | | |
| 6/ 1 GAL | TRIGGRR, REG CREC. | | |
| 1.5 GAL | PHASE , ADITIVO | | |
| 1/ 16 ONZ | ADMIRE 2 F, INSECTICIDA | | |
| 2 GAL | DICOFOL , ACARICIDA | | |
| 1/ 16 ONZ | BANNER MAXX, FUNGICIDA | | |
| 1 1/4 GAL | ABOUND, FINGICIDA | | |
| 40 LBS | BASAMID FUMIGANTE | | |
| 1500 | TIESTOS 3 GAL. | | |
| 1500 | TIESTOS 5 GAL | | |
| 2000 | TIESTOS 1 GAL | | |
| 1/22 LBS | ABONO SOLUBLE  K-FOL | | |
| 5/10# | ANT,FLEA & TICK KILLER | | |
| 1/10# | KOCIDE 3000 | | |
| 1/6# | MANZATE | | |
| 1/2.5 GAL | POLIQUEL BORO | | |
| 1/2 GAL | BUMPER 41.8EC PROPICONAZOLE | | |
| 1/2.5 GAL | SAFE-T-SIDE | | |
| 9/32 ONZ | K-TIONIC | | |
| 2/1GAL | CLOROX | | |
| 1800 EA. | BOLSAS CON INSECTICIDA | | |
| 6 CAJAS | AMARAS EN COLORES | | |
| 11 ROLLOS | SOGUILLAS  BANANERAS | | |

# EXHIBIT "A"

| VAGON 1 | OFERTA | PRIMA | LICITADOR | 2DO POSTOR |
|---|---|---|---|---|
| 2 CARRETILLAS CON TANQUES DE QUIMICOS | | | | |
| CAJA DE HERRAMIENTAS GRANDES | | | | |
| 2 BOMBAS DE DESECHAR QUIMICOS | | | | |
| PLANTA ELECTRICA PEQUEÑA | | | | |
| 5 TABLILLEROS CON ABONO Y QUIMICOS | | | | |
| COMPRESOR DE AIRE GRINDER | | | | |
| AMOLADOR ELECTRICO | | | | |
| GRAPADORA Y GRABADORA | | | | |
| CARGADOR DE BATERIA | | | | |
| TALADRO | | | | |
| CARGADOR MANUAL | | | | |
| COMPRESOR MANUAL | | | | |
| 6 CAJAS DE BOLSAS DE GUINEO | | | | |
| 7 CAJAS DE CINTAS DE MARCAR GUINEO | | | | |
| 11 ROLLOS DE SOGUILLA | | | | |
| 3 PALAS DESIJAR | | | | |
| 2 PALAS DE CORTE | | | | |
| 1 PALA DE BOTE | | | | |
| 2 ASADAS | | | | |
| 1 ASADON | | | | |
| 1 RASTRILLO DE PIEDRA | | | | |
| 1 RASTILLO DE HOJAS | | | | |
| 1 PICO | | | | |
| 1 PRENSA DE SARGENTO | | | | |
| 1 COA | | | | |
| 1 PATECA MANUAL | | | | |
| 1 ESCALERA | | | | |

# EXHIBIT "B"

| | | | | |
|---|---|---|---|---|
| 3 EXTENSIONES | | | | |
| CAMILLA | | | | |
| TORRES | | | | |
| GATO HIDRAULICO PEQUEÑO | | | | |
| TANQUE 5 GALONES | | | | |
| 1 EXTINTOR | | | | |
| **VAGON 2** | **OFERTA** | **PRIMA** | **LICITADOR** | **2DO POSTOR** |
| CARRETON CON TANQUE ESCORPION PARA QUIMICOS | | | | |
| CARRITO DE GOLF | | | | |
| 2 CARRETONES | | | | |
| 3 TRACTORES CRAFTSMAN | | | | |
| TIESTOS Y CAJA DE EMPAQUE | | | | |
| **VAGON 3** | **OFERTA** | **PRIMA** | **LICITADOR** | **2DO POSTOR** |
| 1 ESCRITORIO | | | | |
| 5 SILLAS | | | | |
| 2 ARCHIVOS PEQUEÑOS | | | | |
| FOTOCOPIADORA | | | | |
| 1 NEVERA | | | | |
| ABONO GRANULADO | | | | |
| CAL | | | | |
| **VAGON 4** | **OFERTA** | **PRIMA** | **LICITADOR** | **2DO POSTOR** |
| FREEZER WALKING COOLER 10X8X9 | | | | |
| **EQUIPO** | **OFERTA** | **PRIMA** | **LICITADOR** | **2DO POSTOR** |
| MAQUINA TALADORA | | | | |
| 8 VIVEROS DE PLANTAS 20 PIES X 150 PIES | | | | |
| MEZCLADORA DE 5 CABALLOS DE FUERZA | | | | |

# EXHIBIT "B"

  

 

   

   

EXHIBIT C









EXHIBIT C





EXHIBIT C

Label Matrix for local noticing
0104-3
Case 14-00127-BKT7
District of Puerto Rico
Old San Juan
Mon Sep 22 12:48:42 AST 2014

CAMPO BELLO FARM INC
PO BOX 372934
CAYEY, PR 00737-2934

USDA - Farm Service Agency
c/o Fortuno & Fortuno Fas
PO Box 9300
San Juan, PR 00908-0300

US Bankruptcy Court District of P.R.
Jose V Toledo Fed Bldg & US Courthouse
300 Recinto Sur Street, Room 109
San Juan, PR 00901-1964

AUTORIDAD DE TIERRAS DE PR
PO BOX 9745
SAN JUAN, PR 00908-0745

Department of Treasury
 Bankruptcy Section (424)
P.O. Box 9024140
San Juan PR 00902-4140

FIDA
1309 Ave Fernndez Juncos, Pda. 19
Santurce, P.R 00909-2520

FONDO DE INNOVACION
PARA EL DESARROLLO AGRICOLA DE PR
PO BOX 9745
SANTURCE, PR 00908-0745

FONDO DE INNOVACION PARA EL DESARROLLO
AGRICOLA DE PUERTO RICO
PO BOX 9745
SAN JUAN, PR 00908-0745

FONDO DEL SEGURO DEL ESTADO
PO BOX 9212
HUMACAO, PR 00792-9212

INTERNAL REVENUE SERVICE
PO BOX 7346
PHILADELPHIA,PA 19101-7346

PROGRAMA LLAVE PARA TU NEGOCIO
DEPTO DE AGRICULTURA 'FIDA
PO Box 9745
San Juan, PR 00908-0745

State Insurance Fund Corporation
PO Box 365028
San Juan, Puerto Rico 00936-5028

U.S. DEPARTMENT OF AGRICULTURE
30 PADIAL ST GATSBY PLAZA SUITE 310
CAGUAS, PR 00725

US DEPARTMENT OF AGRICULTURE
30 PADIAL ST GATSBY PLAZA SUITE 310
CAGUAS, PR 00725

MONSITA LECAROZ ARRIBAS
OFFICE OF THE US TRUSTEE (UST)
OCHOA BUILDING
500 TANCA STREET  SUITE 301
SAN JUAN, PR 00901

NOREEN WISCOVITCH RENTAS
PMB 136
400 CALAF STREET
SAN JUAN, PR 00918-1314

ROBERTO FIGUEROA CARRASQUILLO
PO BOX 186
CAGUAS, PR 00726-0186

The following recipients may be/have been bypassed for notice due to an undeliverable (u) or duplicate (d) address.

(u)FONDO DE INNOVACION PARA EL DESARROLLO AGR

(d)PROGRAMA LLAVE PARA TU NEGOCIO
DEPTO DE AGRICULTURA 'FIDA
PO Box 9745
San Juan, PR 00908-0745

End of Label Matrix
Mailable recipients    17
Bypassed recipients     2
Total                  19