Case No: 14-00127 BKT Judge: Brian Tester

Case Name: CAMPO BELLO FARM INC

For Period Ending: 03/31/15 (2nd reporting period for this case)

Trustee Name: NOREEN WISCOVITCH-RENTAS
Date Filed (f) or Converted (c): 01/13/14 (f)
341(a) Meeting Date: 02/13/14
Claims Bar Date: 05/25/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br>BANCO POPULAR PR COMMERCIAL CHECKING ACCOUNT: X0412 | 4,000.00 | 3,440.11 | | 3,440.11 | FA |
| 2. INVENTORY<br>INVENTORY FARMING EQUIPMENT-<br><br>Trustee may pursue avoidance of Lien as the UCC-1 filed does not have a detall list of equipment. | 200,000.00 | 200,000.00 | | 2,475.00 | FA |
| 3. ACCOUNTS RECEIVABLE (u)<br>J.F. Montalvo Cash & Carry Inc. | 0.00 | 102.00 | | 102.00 | FA |
| 4. ACCOUNTS RECEIVABLE (u)<br>Credit from Autoridad de Tierras de PR | 0.00 | 224.26 | | 0.00 | FA |
| 5. ACCOUNTS RECEIVABLE (u)<br>AR against Jorge Malave Vicente | 0.00 | 14,493.23 | | 0.00 | 14,493.23 |
| 6. Preferences (u)<br>payments made to Debtor's representative as salary($1500 per month) | 0.00 | 13,800.00 | | 0.00 | 13,800.00 |
| 7. ACCOUNTS RECEIVABLE (u)<br>ADEA | 2,948.48 | 2,948.48 | | 2,948.48 | FA |
| 8. ACCOUNTS RECEIVABLE (u) | 0.00 | 2,420.00 | | 2,419.44 | FA |

Case No:        14-00127      BKT    Judge: Brian Tester

Case Name:    CAMPO BELLO FARM INC

Trustee Name:                         NOREEN WISCOVITCH-RENTAS

Date Filed (f) or Converted (c):   01/13/14 (f)

341(a) Meeting Date:                02/13/14

Claims Bar Date:                     05/25/14

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) Abandon | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| ADEA | | | | | |
| INT. Post-Petition Interest Deposits (u) | Unknown | 0.00 | | 1.56 | FA |

|  |  |  |  | | Gross Value of Remaining Assets |
|---|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $206,948.48 | $237,428.08 | | $11,386.59 | $28,293.23 |
| | | | | | (Total Dollar Amount in Column 6) |

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

TRustee sold equipment.  Continues to pursue account receivables.  March 29, 2015, 08:27 pm

TRustee continues to pursue account receivables.  June 25, 2014, 12:22 pm

Trustee to administer insentive funds and determine if able to sell equipment. and pursue account receivables.  March
03, 2014, 07:33 pm

Initial Projected Date of Final Report (TFR): 12/31/15        Current Projected Date of Final Report (TFR): 12/31/15

/s/      NOREEN WISCOVITCH-RENTAS

_____  Date: 05/27/15

NOREEN WISCOVITCH-RENTAS