# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| | | | | | |
|---|---|---|---|---|---|
| Case No: | 14-00127 BKT Judge: Brian K. Tester | | Trustee Name: | | NOREEN WISCOVITCH-RENTAS |
| Case Name: | CAMPO BELLO FARM INC | | Date Filed (f) or Converted (c): | | 01/13/2014 (f) |
| | | | 341(a) Meeting Date: | | 02/13/2014 |
| For Period Ending: | 04/29/2016 | | Claims Bar Date: | | 05/25/2014 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. FINANCIAL ACCOUNTS<br><br>BANCO POPULAR PR COMMERCIAL CHECKING ACCOUNT: X0412 | 4,000.00 | 3,440.11 | | 3,440.11 | FA |
| 2. INVENTORY<br><br>INVENTORY FARMING EQUIPMENT-<br><br>Trustee may pursue avoidance of Lien as the UCC-1 filed does not have a detall list of equipment. | 200,000.00 | 200,000.00 | | 2,475.00 | FA |
| 3. ACCOUNTS RECEIVABLE (u)<br><br>J.F. Montalvo Cash & Carry Inc. | 0.00 | 102.00 | | 102.00 | FA |
| 4. ACCOUNTS RECEIVABLE (u)<br><br>Credit from Autoridad de Tierras de PR | 0.00 | 224.26 | | 224.26 | FA |
| 5. ACCOUNTS RECEIVABLE (u)<br><br>AR against Jorge Malave Vicente. Trustee has considered the evidence presented by Debtor's principal and understands that there is no preference against him.  - Noreen Wiscovitch 8/10/2015 | 0.00 | 14,493.23 | | 0.00 | FA |
| 6. Preferences (u)<br><br>Payments made to Debtor's representative as salary($1500 per month).  Trustee has considered the evidence presented by Debtor's principal and understands that there is no preference.  - Noreen Wiscovitch 8/10/2015 | 0.00 | 13,800.00 | | 0.00 | FA |
| 7. ACCOUNTS RECEIVABLE (u)<br><br>ADEA | 2,948.48 | 2,948.48 | | 2,948.48 | FA |
| 8. ACCOUNTS RECEIVABLE (u)<br><br>ADEA | 0.00 | 2,420.00 | | 2,419.44 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 1.56 | FA |

Gross Value of Remaining Assets

| | | | | |
|---|---|---|---|---|
| TOTALS (Excluding Unknown Values) | $206,948.48 | $237,428.08 | $11,610.85 | $0.00 |

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to file TFR. Claims have been reviewed.  - Noreen Wiscovitch 4/25/2016
Trustee to review claims.  - Noreen Wiscovitch 8/10/2015
TRustee sold equipment.  Continues to pursue account receivables.  March 29, 2015, 08:27 pm
TRustee continues to pursue account receivables.  June 25, 2014, 12:22 pm
Trustee to administer insentive funds and determine if able to sell equipment. and pursue account receivables.  March 03, 2014, 07:33 pm

Initial Projected Date of Final Report (TFR): 12/31/2015          Current Projected Date of Final Report (TFR): 06/30/2016

Trustee Signature:          /s/ NOREEN WISCOVITCH-RENTAS          Date: 04/29/2016

NOREEN WISCOVITCH-RENTAS
PMB #136
400 Kalaf Street
SAN JUAN, PR  00918
(787) 946-0132
noreen@nwr-law.com