# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF PUERTO RICO
### HATO REY (SAN JUAN) DIVISION

In re: § 

§

CAMPO BELLO FARM INC § Case No. 3:14-00127-BKT

§

Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 01/13/2014 . The undersigned trustee was appointed on 01/13/2014 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $          11,610.85

Funds were disbursed in the following amounts:

| | |
|---|---:|
| Payments made under an interim disbursement | 1,025.00 |
| Administrative expenses | 285.69 |
| Bank service fees | 0.00 |
| Other payments to creditors | 0.00 |
| Non-estate funds paid to 3rd Parties | 220.00 |
| Exemptions paid to the debtor | 0.00 |
| Other payments to the debtor | 0.00 |

Leaving a balance on hand of[1]          $          10,080.16

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

5.  Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6.  The deadline for filing non-governmental claims in this case was  05/25/2014  and the deadline for filing governmental claims was  07/24/2014 . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved.  If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7.  The Trustee's proposed distribution is attached as **Exhibit D**.

8.  Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,889.09 .  To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00  as interim compensation and now requests a sum of $ 1,889.09 , for a total compensation of $ 1,889.09 [2].  In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 210.70 , for total expenses of $ 210.70 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.


Date: 12/19/2016                    By:/s/NOREEN WISCOVITCH-RENTAS
                                         Trustee



**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit A

| Case No: | 14-00127 | BKT | Judge: | Brian K. Tester | | Trustee Name: | NOREEN WISCOVITCH-RENTAS |
|---|---|---|---|---|---|---|---|

Case Name:  CAMPO BELLO FARM INC

Date Filed (f) or Converted (c):  01/13/2014 (f)

341(a) Meeting Date:  02/13/2014

For Period Ending:  12/19/2016

Claims Bar Date:  05/25/2014

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1.  FINANCIAL ACCOUNTS<br><br>BANCO POPULAR PR COMMERCIAL CHECKING ACCOUNT: X0412 | 4,000.00 | 3,440.11 | | 3,440.11 | FA |
| 2.  INVENTORY<br><br>INVENTORY FARMING EQUIPMENT-<br><br>Trustee may pursue avoidance of Lien as the UCC-1 filed does not have a detall list of equipment. | 200,000.00 | 200,000.00 | | 2,475.00 | FA |
| 3.  ACCOUNTS RECEIVABLE                    (u)<br><br>J.F. Montalvo Cash & Carry Inc. | 0.00 | 102.00 | | 102.00 | FA |
| 4.  ACCOUNTS RECEIVABLE                    (u)<br><br>Credit from Autoridad de Tierras de PR | 0.00 | 224.26 | | 224.26 | FA |
| 5.  ACCOUNTS RECEIVABLE                    (u)<br><br>AR against Jorge Malave Vicente. Trustee has considered the evidence presented by Debtor's principal and understands that there is no preference against him.   - Noreen Wiscovitch 8/10/2015 | 0.00 | 14,493.23 | | 0.00 | FA |
| 6.  Preferences                    (u)<br><br>Payments made to Debtor's representative as salary($1500 per month).  Trustee has considered the evidence presented by Debtor's principal and understands that there is no preference.  - Noreen Wiscovitch 8/10/2015 | 0.00 | 13,800.00 | | 0.00 | FA |
| 7.  ACCOUNTS RECEIVABLE                    (u)<br><br>ADEA | 2,948.48 | 2,948.48 | | 2,948.48 | FA |
| 8.  ACCOUNTS RECEIVABLE                    (u)<br><br>ADEA | 0.00 | 2,420.00 | | 2,419.44 | FA |
| INT.  Post-Petition Interest Deposits                    (u) | Unknown | N/A | | 1.56 | FA |

**UST Form 101-7-TFR (5/1/2011)** *(Page: 3)*

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)      $206,948.48     $237,428.08     $11,610.85  Exhibit A $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

Trustee to file TFR. Claims have been reviewed.  - Noreen Wiscovitch 4/25/2016
Trustee to review claims.  - Noreen Wiscovitch 8/10/2015
TRustee sold equipment.  Continues to pursue account receivables.  March 29, 2015, 08:27 pm
TRustee continues to pursue account receivables.  June 25, 2014, 12:22 pm
Trustee to administer insentive funds and determine if able to sell equipment. and pursue account receivables.  March 03, 2014, 07:33 pm

Initial Projected Date of Final Report (TFR): 12/31/2015      Current Projected Date of Final Report (TFR): 12/31/2016

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-00127

Case Name: CAMPO BELLO FARM INC

Taxpayer ID No: XX-XXX1712

For Period Ending: 12/19/2016

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX8612

BANCO - MONEY MARKET ACCOUNT

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 01/23/14 | 1 | BANCO POPULAR DE PR | Closed Bank Account | 1121-000 | $3,440.11 | | $3,440.11 |
| 01/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.08 | | $3,440.19 |
| 02/25/14 | 3 | J.F. MONTALVO CASH & CARRY INC. PO Box 364664San Juan, PR 00936-4664 | Account Receivables | 1221-000 | $102.00 | | $3,542.19 |
| 02/28/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.27 | | $3,542.46 |
| 03/31/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.31 | | $3,542.77 |
| 04/25/14 | 7 | ESTADO LIBRE ASOCIADO Departamento de AgriculturaAdministracion de Desarrollo de EmpresasAgropecuariasP.O. Box 9200San Juan, PR 00908-0200 | Account Receivables. | 1229-000 | $2,948.48 | | $6,491.25 |
| 04/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.32 | | $6,491.57 |
| 05/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.54 | | $6,492.11 |
| 06/30/14 | INT | BANCO SANTANDER | Interest Rate 0.100 | 1270-000 | $0.04 | | $6,492.15 |
| 08/15/14 | 8 | ESTADO LIBRE ASOCIADO DE PUERTO RIC Departamento de AgriculturaAdministracion para el desarrollo de Empresas AgropecuariasPO BOX 9200SAN JUAN PR 00908-0200 | Acount Receivable | 1229-000 | $2,419.44 | | $8,911.59 |
| 09/16/14 | | INTERNATIONAL SURETIES, LTD. 701 Poydras StreetSuite 420New Orleans, LA 70139 | Trustee's Bond Prorated Trustee's Blanket Bond. | 2300-000 | | $24.21 | $8,887.38 |
| 10/17/14 | 2 | CENTRO CASAS SUBASTAS PMB 2503071 Ave. AlejandrinoGuaynabo, PR 00969 | Sale of Farm Equipment per Notice of Sale. | 1129-000 | $2,475.00 | | $11,362.38 |
| 04/21/15 | 4 | AUTORIDAD DE TIERRAS DE PUERTO RICO APARTADO 9745SANTURCE, PUERTO RICO 00908 | Credit from Autoridad de Tierras de PR | 1221-000 | $224.26 | | $11,586.64 |

UST Form 101-7-TFR (5/1/2011) *(Page: 5)*

Page Subtotals: $11,610.85 $24.21

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Case No: 14-00127

Case Name: CAMPO BELLO FARM INC

Taxpayer ID No: XX-XXX1712

For Period Ending: 12/19/2016

Trustee Name: NOREEN WISCOVITCH-RENTAS

Bank Name: BANCO SANTANDER

Account Number/CD#: XXXXXX8612

BANCO - MONEY MARKET ACCOUNT

Blanket Bond (per case limit): $20,264,373.00

Separate Bond (if applicable):

Exhibit B

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 09/13/15 | 3001 | INTERNATIONAL SURETIES, INC. 701 Poydras Street Suite 420 New Orleans, LA 70139 | Bond Payment 2015-2016 | 2300-000 | | $30.82 | $11,555.82 |
| 10/02/16 | 3002 | INTERNATIONAL SURETIES LTD SUITE 420 701 POYDRAS ST NEW ORLEANS, LA 70139 | Blanket Bond 2016-2017 | 2300-000 | | $25.66 | $11,530.16 |
| 11/14/16 | 3003 | ORTIZ, OVIDIO Mr. Cash Food Warehouse, Inc. 18 Calle Principal Morovis, PR 00687 | Non-Estate Funds Per Report of Sale refund to buyer. Paid for item that was not property of the Estate. Dkt. No. 41 | 8500-002 | | $220.00 | $11,310.16 |
| 11/14/16 | 3004 | CENTRO CASAS SUBASTAS PMB 250 3071 Ave. Alejandrino Guaynabo, PR 00969 | Auctionner Fees Auctioneer fees for public sale of Debtor's Property: FARMING EQUIPMENT Auction Date: Friday, October 17, 2014, at 10:00 am docket 27. invoice 10/17/14. Approved Dkt. No. 46. | 3510-000 | | $205.00 | $11,105.16 |
| 11/14/16 | 3005 | FONDO DE INNOVACION PARA EL DESARROLLO AGRICOLA DE PR PO BOX 9745 SANTURCE, PR 00918 | Secured Creditor Payment Payment of secured portion per Notice of Sale. | 4210-000 | | $1,025.00 | $10,080.16 |

| | | |
|---|---|---|
| COLUMN TOTALS | $11,610.85 | $1,530.69 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $11,610.85 | $1,530.69 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $11,610.85 | $1,530.69 |

UST Form 101-7-TFR (5/1/2011) *(Page: 6)*

Page Subtotals: $0.00 $1,506.48

Exhibit B

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX8612 - BANCO - MONEY MARKET ACCOUNT | $11,610.85 | $1,530.69 | $10,080.16 |
|  | $11,610.85 | $1,530.69 | $10,080.16 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $11,610.85 |
| Total Gross Receipts: | $11,610.85 |

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 3:14-00127-BKT
Case Name: CAMPO BELLO FARM INC
Trustee Name: NOREEN WISCOVITCH-RENTAS

Balance on hand $ 10,080.16

Claims of secured creditors will be paid as follows:

| Claim No. | Claimant | Claim Asserted | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|---|
| 2 | FONDO DE INNOVACION | $ 1,025.00 | $ 1,025.00 | $ 1,025.00 | $ 0.00 |

Total to be paid to secured creditors $ 0.00

Remaining Balance $ 10,080.16

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: NOREEN WISCOVITCH-RENTAS | $ 1,889.09 | $ 0.00 | $ 1,889.09 |
| Trustee Expenses: NOREEN WISCOVITCH-RENTAS | $ 210.70 | $ 0.00 | $ 210.70 |
| Other: CENTRO CASAS SUBASTAS | $ 205.00 | $ 205.00 | $ 0.00 |

Total to be paid for chapter 7 administrative expenses $ 2,099.79

Remaining Balance $ 7,980.37

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 2,278.94  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | STATE INSURANCE FUND CORPORATION | $ 691.93 | $ 0.00 | $ 691.93 |
| 3A | DEPARTMENT OF TREASURY | $ 1,587.01 | $ 0.00 | $ 1,587.01 |

Total to be paid to priority creditors $ 2,278.94

Remaining Balance $ 5,701.43

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 99,293.11  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.7  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 2 | FONDO DE INNOVACION | $ 98,861.30 | $ 0.00 | $ 5,676.64 |
| 3B | DEPARTMENT OF TREASURY | $ 118.64 | $ 0.00 | $ 6.81 |
| 4 | INTERNAL REVENUE SERVICE | $ 313.17 | $ 0.00 | $ 17.98 |

Total to be paid to timely general unsecured creditors     $_____5,701.43

Remaining Balance     $_____0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE